UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A. A MINOR BY AND THROUGH HIS GUARDIAN AD LITEM, JOSEPH ETIENNE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BEARDSLEY SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No.: 1:16-cv-01234 DAD JLT <br><br> ORDER TO THE PLAINTIFFS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO PROSECUTE THIS ACTION AND SEEK DEFAULT AGAINST THE DEFENDANTS <br><br> ORDER TO THE DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO FILE A RESPONSIVE PLEADING |

Beardsley School District, Paul Miller and David Hilton removed this case to this Court on August 19, 2016. (Doc. 1) Ms. Hooker joined in the removal. Id. at 2. The notice of removal did not provide any evidence that any of the defendants filed responsive pleadings in the Kern County Superior Court and review of that docket verifies that this has not happened.[1]

Despite that the original complaint was served on the defendants in July 2016, no defendant has filed a responsive pleading. Moreover, the plaintiffs filed a first amended complaint in this Court on

---

[1] The court may take notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); United States v. Bernal-Obeso, 989 F.2d 331, 333 (9th Cir. 1993). The record of state court proceeding is a source whose accuracy cannot reasonably be questioned, and judicial notice may be taken of court records. Mullis v. United States Bank. Ct., 828 F.2d 1385, 1388 n.9 (9th Cir. 1987); Valerio v. Boise Cascade Corp., 80 F.R.D. 626, 635 n. 1 (N.D.Cal.1978), aff'd, 645 F.2d 699 (9th Cir.); see also Colonial Penn Ins. Co. v. Coil, 887 F.2d 1236, 1239 (4th Cir. 1989); Rodic v. Thistledown Racing Club, Inc., 615 F.2d 736, 738 (6th. Cir. 1980). Thus, the Court takes judicial notice of the docket in Kern County Superior Court case number BCV-16-101355.

1

September 23, 2016 but, once again, no defendant has filed a responsive pleading to this filing either. Finally, despite the apparent default by the defendants, the plaintiffs have not sought entry of default. Due to these failures, it is apparent the Court will not be able to conduct the scheduling conference currently set on November 21, 2016.  (Doc. 1)  Therefore, the Court **ORDERS**:

    1.    The scheduling conference is **CONTINUED** to **December 21, 2016**;

    2.    **No later than November 22, 2016**, the plaintiffs **SHALL** show cause in writing why sanctions should not be imposed for their failure to prosecute this action including seeking the entry of default;

    3.    **No later than November 22, 2016**, the defendants **SHALL** show cause in writing why sanctions should not be imposed for their failure to file a responsive pleading.  Alternatively, within this same timeframe, they may file a responsive pleading.

IT IS SO ORDERED.

Dated:   **November 1, 2016**                    **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE